In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO.  09-14-00111-CV**

_____

**JOHN WALTER LEE, Appellant**

**V.**

**MARY JO SCROGGINS-LEE, Appellee**

**On Appeal from the County Court at Law No. 3**
**Montgomery County, Texas**
**Trial Cause No. 13-04-03378 CV**

**MEMORANDUM OPINION**

John Walter Lee filed a notice of appeal but failed to pay the filing fee for the appeal and failed to file a brief.  On July 21, 2014, we notified the parties that the brief had not been filed and warned the appellant that his failure to file a brief could result in a dismissal of the appeal for want of prosecution.  On August 7, 2014, we notified the parties that the appeal would be submitted to the Court without oral argument. *See* Tex. R. App. P. 39.8.  On August 8, 2014, we notified

1

the parties that the appeal would be dismissed unless the appellant remitted the filing fee for the appeal. Appellant did not respond to this Court's notices.

Appellant did not file an affidavit of indigence on appeal and has not shown that he is entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1. There being no satisfactory explanation for the failure to pay the filing fee for the appeal, and in the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1), 42.3.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on August 28, 2014
Opinion Delivered September 18, 2014

Before McKeithen, C.J., Kreger and Horton, JJ.